AOC-150.1
Rev. 4/91

Commonwealth of Kentucky
Court of Justice

KRS 425.501-425.506;
CR 69.02



ORDER OF GARNISHMENT
(NON-WAGE)

Case No. 93-CI-00039
Court FRANKLIN CIRCUIT COURT
County FRANKLIN

Judgment Creditor: JULIAN M. CARROLL        Garnishee's Date of Receipt: _____

Judgment Debtor: GARY COLYER  SS#

Garnishee: TRAVELERS LIFE & ANNUITY COMPANY, 1 Riverfront Plaza, Louisville, Kentucky, 40202   ANNITY NO. 23260-SA-55449

Amount Due: $81,747.48  + 10% PER ANUM INTEREST FROM 2-17-93

Probable Court Costs: $ 86.50

The Commonwealth of Kentucky
To the Garnishee Named Above:                JEFFERSON

If you hold property belonging to, or are indebted to, the judgment debtor named above, you are hereby ORDERED to hold and safely keep all of the property of the judgment debtor necessary to satisfy the amounts due as shown above. The object of this Order is to restrain you from paying to the judgment debtor, or to anyone for him, money or property in your possession belonging to him or in which he has any interest.

YOU ARE HEREBY SUMMONED AND REQUIRED TO DO THE FOLLOWING:

(1) Fill in the GARNISHEE'S DATE OF RECEIPT in the space provided above on all copies;
(2) Hold and safely keep any funds or property due the judgment debtor to the extent of the amount due above plus costs until further order of the court or as directed below;
(3) Promptly attempt to notify the judgment debtor by mailing a copy of this order to his last known address or by delivering it to him;
(4) If after the expiration of fourteen (14) days from your receipt of this order, there has been no further notice from the court, then do the following:
   (a) Answer as garnishee within twenty (20) days of the receipt of this order (You may use the form on the reverse side); and
   (b) Forward to the Attorney named below the amount of money or property withheld from the judgment debtor together with one copy of this order and your answer; and
   (c) Send the original of your answer and this order to the court.

Date: 3/5/93

_____ Circuit Clerk
By: _____ D.C.

ATTORNEY:
Hon. R. Hughes Walker
Carroll & Associates
25 Fountain Place
Frankfort, Kentucky 40601
PH: (502) 223-8806

IMPORTANT LEGAL NOTICE TO JUDGMENT DEBTOR

Money or property belonging to you has been subjected to a garnishment under a judgment entered against you in this case. Some funds may be exempt from garnishment, including Social Security benefits, workers compensation benefits, unemployment insurance benefits, AFDC, and some types of governmental benefit payments; however, you must claim and prove any applicable exemption.

If you can show that the property garnished by this order consists of exempt funds, then you may immediately request a hearing in the court listed above by filing a sworn written request with the Clerk of the Court within ten (10) days of the Garnishee's Date of Receipt noted above. Your notarized written request for a hearing must be on Affidavit Form AOC-150.2, which is to be obtained from the clerk of the court from which this Order issued.

If a hearing is requested, the Clerk of the Court will notify plaintiff and defendant of the time and place, and issue the court's order for the garnishee to continue to hold the funds pending the outcome of the hearing.

EXHIBIT D

TRAV00042

AOC-150
Rev. 4-91

Commonwealth of Kentucky
Court of Justice
KRS 425.501-425.506;
CR 69.02

Case No. 93-CI-_____

_____ Court

**AFFIDAVIT AND ANSWER OF GARNISHEE**

ORDER OF (twelfth)_____
(Non-Wage)

The Affiant, after being first duly sworn, states as follows:

1. The name of the Judgment Debtor is ___Gary Colyer Contract 23260sa55449___

2. At the time of the service of this order the Garnishee herein is indebted to the Judgment Debtor or holds money belonging to the Judgment Debtor in the amount of $ __see attached A__ (If none, put "none")

3. Other property belonging to the Judgment Debtor and held by me is as follows: (If none, put "none"):

   Amount Due:
   _____NONE_____

   Probable Court Costs:

To the Garnishee Named Above:

4. I, or I on behalf of the Garnishee herein, state that there is no other money, property, or other evidence of debt in my possession that belongs to, or is indebted to, the Judgment Debtor other than the amounts due as shown above. This is all the property of the judgment debtor necessary to satisfy the amounts due as shown above. The amount safely kept and, on behalf of the Garnishee, I have FORWARDED TO THE ATTORNEY named on the reverse side the amount of money so held by me to the extent of the amount due plus costs as shown on the reverse.

THE AMOUNT FORWARDED IS: $ __See attached B__

6. If I, or I on behalf of the Garnishee, hold property (listed above) other than money which I am unable to forward, I hereby disclose (in Paragraph 3 above) such property and will hold and safely keep such property pending further order of the Court.

7. In addition, I have sent the original of this Answer and the Order on the reverse to the Court, and copies to the attorney named on the reverse and the Judgment Debtor.

___Travelers Life & Annuity Company___
Name of Garnishee

By: ___March 26, 1993___
Signature of Affiant

___Claim Technical Specialist 1-800-243-8310___
Position (If Applicable)

Subscribed and sworn to before me by the above Affiant this ___ day of _____ 19___

My Commission Expires:

Original to be returned to Court
One Copy to Judgment Debtor
One Copy to Judgment Creditor
One Copy for Garnishee

_____
Notary Public

TRAV00043