AOC-150.1
Rev. 4-91

Commonwealth of Kentucky
Court of Justice

KRS 425.501-425.506;
CR 69.02



ORDER OF GARNISHMENT
(NON-WAGE)

Case No. 93-CI-00039
Court FRANKLIN CIRCUIT
County FRANKLIN

Judgment Creditor: JULIAN M. CARROLL     Garnishee's Date of Receipt: 8-22-95

Judgment Debtor: EHRY G. COLYER   SSN:

Garnishee: TRAVELER's LIFE & ANNUITY COMPANY   ANNUITY NO: 23260-SA-5544
1 RIVERFRONT PLAXA, LOUISVILLE, KENTUCKY

Amount Due: $79,391.28

Probable Court Costs: 86.50

The Commonwealth of Kentucky
To the Garnishee Named Above:                 JEFFERSON

If you hold property belonging to, or are indebted to, the judgment debtor named above, you are hereby ORDERED to hold and safely keep all of the property of the judgment debtor necessary to satisfy the amounts due as shown above. The object of this Order is to restrain you from paying to the judgment debtor, or to anyone for him, money or property in your possession belonging to him or in which he has any interest.

YOU ARE HEREBY SUMMONED AND REQUIRED TO DO THE FOLLOWING:

(1) Fill in the GARNISHEE'S DATE OF RECEIPT in the space provided above on all copies;
(2) Hold and safely keep any funds or property due the judgment debtor to the extent of the amount due above plus costs until further order of the court or as directed below;
(3) Promptly attempt to notify the judgment debtor by mailing a copy of this order to his last known address or by delivering it to him;
(4) If after the expiration of fourteen (14) days from your receipt of this order, there has been no further notice from the court, then do the following:
  (a) Answer as garnishee within twenty (20) days of the receipt of this order (You may use the form on the reverse side); and
  (b) Forward to the Attorney named below the amount of money or property withheld from the judgment debtor, together with one copy of this order and your answer; and
  (c) Send the original of your answer and this order to the court.

ATTORNEY:
R. HUGHES WALKER As Jud. Cred.
CARROLL & ASSOCIATES
25 Fountain Place
Frankfort, Kentucky. 40601
PH: (502) 223-8806

Date: August 4, 1995

_____ Circuit Clerk

By: _____ D.C.

IMPORTANT LEGAL NOTICE TO JUDGMENT DEBTOR

Money or property belonging to you has been subjected to a garnishment under a judgment entered against you in this case. Some funds may be exempt from garnishment, including Social Security benefits, workers compensation benefits, unemployment insurance benefits, AFDC, and some types of governmental benefit payments; however, you must claim and prove any applicable exemption.

If you can show that the property garnished by this order consists of exempt funds, then you may immediately request a hearing in the court listed above by filing a sworn written request with the Clerk of the Court within ten (10) days of the Garnishee's Date of Receipt noted above. Your notarized written request for a hearing must be on Affidavit Form AOC-150.2, which is to be obtained from the Clerk of the court from which this Order issued.

If a hearing is requested, the Clerk of the Court will notify plaintiff and defendant of the time and place, and issue the court's order for the garnishee to continue to hold the funds pending the outcome of the hearing.

EXHIBIT E

TRAV00046

## AFFIDAVIT AND ANSWER OF GARNISHEE

The Affiant, after being first duly sworn, states as follows:

1. The name of the Judgment Debtor is: *Gary Coyler*

2. At the time of the service of this order, the Garnishee herein is indebted to the Judgment Debtor or holds money belonging to the Judgment Debtor in the amount of $ *See #3* _____ (If none, put "none").

3. Other property belonging to the Judgment Debtor and held by me is as follows: (If none, put "none"):
*Structured settlement owned by The Travelers Indemnity Co. to provide Gary Coyler with a monthly life income of $1,000.00 guaranteed for 360 months commencing January 15, 1993.*

4. I, or I on behalf of the Garnishee herein, state that there is no other money, property, or other evidence of debt in my possession that belongs to the Judgment Debtor.

5. I, or I on behalf of the Garnishee, have FORWARDED TO THE ATTORNEY named on the reverse side, the amount of money so held by me to the extent of the amount due plus costs as shown on the reverse.

THE AMOUNT FORWARDED IS: $ *Will be $1,000.00 per month once the previous order is satisfied. Will be satisfied on or about April 15, 1996, at which time payments will be sent.*

6. If I, or I on behalf of the Garnishee, hold property (listed above) other than money which I am unable to forward, I hereby disclose (in Paragraph 3 above) such property and will hold and safely keep such property pending further order of the Court.

7. In addition, I have sent the original of this Answer and the Order on the reverse to the Court, and copies to the attorney named on the reverse and the Judgment Debtor.

*Mary Lesovick on behalf of The Travelers Indemnity Co. and the Travelers Life & Annuity Co.*
Name of Garnishee

By: *Mary Lesovick*
Signature of Affiant

*Technical Advisor*
Position (If Applicable)

Subscribed and sworn to before me by the above Affiant this *29th* day of *August*, 19*95*.

Original to be returned to Court
One Copy to Judgment Debtor
One Copy to Judgment Creditor
One Copy for Garnishee

My Commission Expires:

_____
Notary Public