REDACTED

| | | |
|---|---|---|
| AOC-150.3<br>Rev. 4-91<br>Commonwealth of Kentucky<br>Court of Justice<br>KRS 425.501-425.506;<br>CR 69.02 | <br>ORDER OF GARNISHMENT<br>(NON-WAGE) | Case No. 95-CI-01426<br>Court CIRCUIT (DIV. 16)<br>County JEFFERSON |

Judgment Creditor: GREENBAUM TREITZ BROWN & MARSHALL, P.S.C.

Judgment Debtor: GARY COLYER      1021 Misty Springs
                                  Knoxville, Tennessee 37922

Garnishee: THE TRAVELERS COMPANIES, 25 Charles Street, Hartfort, CT 06183
ATTN: Mary Lesoveck, 6NB, Annuity Payout Services
(ANNUITY #23260 SA 55449)

Amount Due: $9,934.27

Probable Court Costs: $108.46    (TOTAL: $10,042.73, plus interest)

The Commonwealth of Kentucky To the Sheriff of _____JEFFERSON_____ County:

You are commanded to summon the Garnishee named above to answer in this action within twenty days from the service hereof; and you will make due return of this Order.

ATTORNEY: VINCENT F. MALLON
SUITE 202 SOUTH
FIRST TRUST CENTRE
200 SOUTH FIFTH STREET
LOUISVILLE, KENTUCKY 40202
(502) 585-1000        FOR SHERIFF'S RETURN

Date: 5-15-95

_____ Circuit Clerk
By: _____ D.

EXHIBIT
F

TRAV00044

| AOC 150.1 Rev. 4-91 Commonwealth of Kentucky Court of Justice KRS 425.501-425.506; CR 69.02 |  ORDER OF GARNISHMENT (NON-WAGE) | Case No. 95-CI-01426 Court CIRCUIT (DIV. 16) County JEFFERSON |

Judgment Creditor: GREENBAUM TREITZ BROWN & MARSHALL, PSC    Garnishee's Date of Receipt: _____

Judgment Debtor: GARY COLYER          1021 Misty Springs
                                      Knoxville, Tennessee 37922

Garnishee: THE TRAVELERS COMPANIES, 25 Charles Street, Hartfort, CT 06183.
    ATTN: Mary Lesoveck, 6MB, Annuity Payout Services

Amount Due: $9,934.27        (ANNUITY #23260 SA 55449)

Probable Court Costs: $108.46    (TOTAL: $10,042.73, plus interest)

The Commonwealth of Kentucky
To the Garnishee Named Above:            JEFFERSON

If you hold property belonging to, or are indebted to, the judgment debtor named above, you are hereby ORDERED to hold and safely keep all of the property of the judgment debtor necessary to satisfy the amounts due as shown above. The object of this Order is to restrain you from paying to the judgment debtor, or to anyone for him, money or property in your possession belonging to him or in which he has any interest.

YOU ARE HEREBY SUMMONED AND REQUIRED TO DO THE FOLLOWING:

(1) Fill in the GARNISHEE'S DATE OF RECEIPT in the space provided above on all copies;
(2) Hold and safely keep any funds or property due the judgment debtor to the extent of the amount due above plus costs until further order of the court or as directed below;
(3) Promptly attempt to notify the judgment debtor by mailing a copy of this order to his last known address or by delivering it to him;
(4) If after the expiration of fourteen (14) days from your receipt of this order, there has been no further notice from the court, then do the following:
   (a) Answer as garnishee within twenty (20) days of the receipt of this order (You may use the form on the reverse side); and
   (b) Forward to the Attorney named below the amount of money or property withheld from the judgment debtor, together with one copy of this order and your answer; and
   (c) Send the original of your answer and this order to the court.

ATTORNEY: VINCENT F. MALLON        Date: 5-15-95
SUITE 202 SOUTH
FIRST TRUST CENTRE                              _____ Circuit Clerk
200 SOUTH FIFTH STREET
LOUISVILLE, KENTUCKY 40202         By: _____ D.C.
(502) 585-1000

IMPORTANT LEGAL NOTICE TO JUDGMENT DEBTOR

Money or property belonging to you has been subjected to a garnishment under a judgment entered against you in this case. Some funds may be exempt from garnishment, including Social Security benefits, workers compensation benefits, unemployment insurance benefits, AFDC, and some types of governmental benefit payments; however, you must claim and prove any applicable exemption.

If you can show that the property garnished by this order consists of exempt funds, then you may immediately request a hearing in the court listed above by filing a sworn written request with the Clerk of the Court within ten (10) days of the Garnishee's Date of Receipt noted above. Your notarized written request for a hearing must be on Affidavit Form AOC-150.2, which is to be obtained from the clerk of the court from which this Order issued.

If a hearing is requested, the Clerk of the Court will notify plaintiff and defendant of the time and place, and issue the court's order for the garnishee to continue to hold the funds pending the outcome of the hearing.

REDACTED